UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         v.<br><br>JONATHAN BANYAN,<br><br>         Defendant. | 25-cr-208 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On May 13, 2025, the Government moved for the Court to enter a protective order in this case. Defense counsel objected, and the issue was then briefed. See ECF Nos. 7, 8. The proposed protective order is modest compared to many that are routinely granted in criminal cases in this District. See ECF No. 7-1. Nonetheless, defense counsel correctly notes that the burden is on the Government to justify the entry of a protective order and that the presumption should be in favor of free disclosure absent good cause shown. See ECF No. 8. Here, however, the Court finds that the Government has satisfactorily demonstrated good cause because of the sensitive concerns raised by this case's close connection to courthouse security.

If defense counsel later believes that the restrictions as to any particular discovery item impose a significant burden on Mr. Banyan or are otherwise not justified by the aforementioned security concerns, counsel may separately apply to the Court for

1

relief. Subject to this limitation, however, the Government's motion for a protective order is granted, and the requested protective order will be signed and filed simultaneously with this Order. The Clerk of Court is respectfully directed to close docket entry number 7.

    SO ORDERED.

Dated:   New York, NY
          May 21, 2025

                                      JED S. RAKOFF, U.S.D.J.