UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     -v-<br><br>JONATHAN BANYAN,<br><br>          Defendant. | 25-cr-208 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court are defendant Jonathan Banyan's motions to suppress four search warrants. See ECF Nos. 13, 20. The parties agree that Banyan's motion as to the first of those warrants, which authorized a search of his residence, should be, and hereby is, denied as moot. See ECF Nos. 16, 20 at 2 n.2. The Court hereby grants Banyan's motion to suppress evidence seized pursuant to the second warrant, which authorized the search of his cellphone. The Court also hereby grants Banyan's motion to suppress evidence seized pursuant to the third and fourth warrants, which authorized searches of his Apple and Google accounts, respectively, because those warrants were obtained based, in part, on tainted evidence. The Government is hereby enjoined from further executing the cellphone, Apple, and Google warrants.

An opinion setting forth the reasoning for this decision will follow prior to the commencement of trial in this matter. The Clerk of Court is respectfully directed to close entry number 13 on the docket of this case.

   SO ORDERED.

New York, New York
July 9, 2025

*/s/ Jed S. Rakoff*
_____
JED S. RAKOFF, U.S.D.J.