UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
         -against-                     :     **ORDER**
                                       :
                                       :     25cr208 (JSR)
                                       :     ---------------
Jonathan Banyan                        :        Docket #
---------------------------------------x


<u>Hon. Jed S. Rakoff</u>, **DISTRICT JUDGE:**
      Judge's Name

The C.J.A. attorney assigned to receive cases on this day,
<u>David Tougert</u> is hereby ordered to assume

representation of the witness, Omar Alston, in the above

captioned matter, NUNC<u>-PRO-TUNC</u>                    .


                           **SO ORDERED.**

                           _____
                           **UNITED STATES DISTRICT JUDGE**


Dated: New York, New York
       7/10/25