UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,
                Plaintiff,

-against-

Jonathan Banyan,
                Defendant.

25-cr-208 (JSR)

___cv_____(    )

**ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION**

Upon the oral motion of __Siobhan C. Atkins__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __New York__; and that his/her contact information is as follows (please print):

Applicant's Name: __Siobhan Atkins__

Firm Name: __Federal Defenders of New York, Inc.__

Address: __52 Duane Street, 10th Floor__

City / State / Zip: __New York, NY 10007__

Telephone / Fax: __212-417-8793__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Jonathan Banyan__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: __7/28/25__

_____
United States District ~~Magistrate~~ Judge



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Siobhan Catherine Atkins

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 21, 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on July 21, 2025.

Clerk of the Court

CertID-00242255



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
Presiding Justice

**SUSANNA MOLINA ROJAS**
Clerk of the Court

**MARGARET SOWAH**
Deputy Clerk of the Court

**DOUGLAS C. SULLIVAN**
Deputy Clerk of the Court

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Clerk of the Court

Revised October 2020

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **AFFIDAVIT** |
| Plaintiff, | : | No. 25-cr-208 |
| v. | : | |
| JONATHAN BANYAN, | : | |
| *Defendant-Appellant.* | | |

---------------------------------------------------------x

Siobhan C. Atkins, an attorney duly sworn, declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I make this application in support of my motion to be admitted to practice *pro hac vice* before this Court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed: July 28, 2025

_____
Siobhan C. Atkins

KAREN VAN OUTRYVE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01VA4854080
Qualified in New York County
Commission Expires May 19, 20